**EXHIBIT "H"**

☐(s17H

W/O Number : 714435      Retail

Start Date : 11/27/12

Complete   : NO

Written by : BRETT

Boat ID/Name : 009172 ISLAND CLAN
   09101 JACOBSON   P.A, DONALD
Boat Make    : VIKING
   120 S OLIVE AVE. SUITE 20
Boat Model   : SPORT FISH             Engine 1 :

Boat Hull #  :                        Engine 2 :
   West Palm Beach, FL 33401
Registration :                        Engine 3 :
   H (561) 835-8436   (   )   -
Location     :

================================================================[ COMMENTS ]================================================
HAUL BLOCK AND LAY IN YARD


================================================================[ WORK PERFORMED ]==========================================
Operation                                                   Date
            Hours      Rate      Extension
==========================================================================================================================

199-2      BLOCKING CHARGE UP TO 45 FT                     12/04/12
                                  90.00

199-16     HAUL AND LAUNCH TO 45'                          12/04/12
                                 360.00

199-1      PRESSURE WASH TO 45' @$2.50/FT                  12/04/12
                                  90.00

999-2      YARD-MISCELLANEOUS


                                ===========
                                 540.00
================================================================[ PARTS ]===================================================
Part Number         Description
                    Qty       Each      Extension
==========================================================================================================================

84-514        14 GA.RED WIRE
              2.000     0.200      0.40
50-12711      fuse holder
              1.000     5.300      5.30
TBSE10        12-10GA. H. SHRINK BUTT
              2.000     1.500      3.00
TBSE14        16-14GA. H. SHRINK BUTT

                              Page 1

```
                          3.000       0.800        2.40
29-35                  rule switch
                          1.000      36.090       36.09
29-02                  1500 GPH BILGE PUMP
                          1.000      99.290       99.29
                                                ============
                                                  146.48
```

========================================================[ OTHER CHARGES ]========================================

| Billing Code | Description | | | |
|---|---|---|---|---|
| Start Date | End Date | Rate | Extension | |

```
3                         LAYTIME @ $ 2.00/FT/DAY
    12/01/12   12/31/12     2.00     2,790.00
3                         LAYTIME @ $ 2.00/FT/DAY
    01/01/13   01/31/13     2.00     2,790.00
3                         LAYTIME @ $ 2.00/FT/DAY
    02/01/13   02/28/13     2.00     2,520.00
3                         LAYTIME @ $ 2.00/FT/DAY
    03/01/13   03/31/13     2.00     2,790.00
3                         LAYTIME @ $ 2.00/FT/DAY
    04/01/13   04/30/13     2.00     2,700.00
3                         LAYTIME @ $ 2.00/FT/DAY
    05/01/13   05/31/13     2.00     2,790.00
3                         LAYTIME @ $ 2.00/FT/DAY
    06/01/13   06/30/13     2.00     2,700.00
```
☐(s17H

```
    W/O Number  : 714435        Retail

    Start Date  : 11/27/12

    Complete    : NO

    Written by  : BRETT

Boat ID/Name : 009172 ISLAND CLAN
    09101 JACOBSON  P.A, DONALD

3                         LAYTIME @ $ 2.00/FT/DAY
    11/27/13   11/30/13     2.00       360.00
3                         LAYTIME @ $ 2.00/FT/DAY
    07/01/13   07/19/13     2.00     1,710.00
```

WORK ORDER PRICE SUMMARY

---------------------------

```
   Total Parts                 :       146.48
   Total Labor                 :       540.00
   Total Other Charges         :    21,150.00
```

DockMasterEmail-1

| | | |
|---|---|---|
| Ship Repair Surcharge | : | 655.09 |
| Sales Tax | : | 1,349.49 |
| | | ============ |
| Total Work Order | : | 23,841.06 |
| Deposits | : | 0.00 |
| | | ============ |
| Balance Due | : | 23,841.06 |