Exhibit "J"

W/O Number : 714435      Retail

Start Date : 11/27/12

Complete   : NO

Written by : BRETT

Boat ID/Name : 009172 ISLAND CLAN
   09101 JACOBSON  P.A, DONALD
Boat Make    : VIKING
   120 S OLIVE AVE. SUITE 20
Boat Model   : SPORT FISH          Engine 1 :

Boat Hull #  :                     Engine 2 :
   West Palm Beach, FL 33401
Registration :                     Engine 3 :
   H (561) 835-8436   (  )   -
Location    :

===============================================================[ COMMENTS ]==============================================================
HAUL BLOCK AND LAY IN YARD


===============================================================[ WORK PERFORMED ]==============================================================
Operation                                              Date
              Hours      Rate    Extension
============================================================================

199-2      BLOCKING CHARGE UP TO 45 FT
                                   90.00              12/04/12

199-16     HAUL AND LAUNCH TO 45'
                                  360.00              12/04/12

199-1      PRESSURE WASH TO 45' @$2.50/FT
                                   90.00              12/04/12

999-2      YARD-MISCELLANEOUS



                                 ============
                                   540.00
===============================================================[ PARTS ]==============================================================
Part Number            Description
              Qty       Each    Extension
============================================================================

84-514         14 GA.RED WIRE
               2.000     0.200     0.40
50-12711       fuse holder
               1.000     5.300     5.30
TBSE10         12-10GA. H. SHRINK BUTT
               2.000     1.500     3.00
TBSE14         16-14GA. H. SHRINK BUTT

Page 1

```
                        Dock Master 9-6-13
                3.000    0.800       2.40
29-35           rule switch
                1.000    36.090      36.09
29-02           1500 GPH BILGE PUMP
                1.000    99.290      99.29

                        ============
                            146.48
```

```
===========================================================[ OTHER CHARGES
]=====================================================
Billing Code        Description
    Start Date  End Date    Rate    Extension
==============================================================================

3                     LAYTIME @ $ 2.00/FT/DAY
    12/01/12    12/31/12    2.00    2,790.00
3                     LAYTIME @ $ 2.00/FT/DAY
    01/01/13    01/31/13    2.00    2,790.00
3                     LAYTIME @ $ 2.00/FT/DAY
    02/01/13    02/28/13    2.00    2,520.00
3                     LAYTIME @ $ 2.00/FT/DAY
    03/01/13    03/31/13    2.00    2,790.00
3                     LAYTIME @ $ 2.00/FT/DAY
    04/01/13    04/30/13    2.00    2,700.00
3                     LAYTIME @ $ 2.00/FT/DAY
    05/01/13    05/31/13    2.00    2,790.00
3                     LAYTIME @ $ 2.00/FT/DAY
    06/01/13    06/30/13    2.00    2,700.00
O(s17H
```

W/O Number : 714435        Retail

Start Date : 11/27/12

Complete   : NO

Written by : BRETT

Boat ID/Name : 009172 ISLAND CLAN
    09101 JACOBSON P.A, DONALD

```
3                     LAYTIME @ $ 2.00/FT/DAY
    11/27/12    11/30/12    2.00      360.00
3                     LAYTIME @ $ 2.00/FT/DAY
    07/01/13    07/31/13    2.00    2,790.00
3                     LAYTIME @ $ 2.00/FT/DAY
    08/01/13    08/31/13    2.00    2,790.00
3                     LAYTIME @ $ 2.00/FT/DAY
    09/01/13    09/05/13    2.00      450.00
```

WORK ORDER PRICE SUMMARY
--------------------------

Total Parts                   :    146.48

|                      |   | Dock Master 9-6-13 |
|----------------------|---|-------------------:|
| Total Labor          | : |             540.00 |
| Total Other Charges  | : |          25,470.00 |
| Ship Repair Surcharge| : |             784.69 |
| Sales Tax            | : |           1,616.46 |
|                      |   | ============       |
| Total Work Order     | : |          28,557.63 |
| Deposits             | : |               0.00 |
|                      |   | ============       |
| Balance Due          | : |          28,557.63 |